FRED DEMAS, an Infant, by JAMES DEMAS, His Guardian ad Litem, Appellant, *v.* OSWEGO FALLS PULP AND PAPER COMPANY, Respondent.

*Demas* v. *Oswego Falls P. & P. Co.*, 142 App. Div. 911, affirmed. (Argued June 19, 1912; decided June 29, 1912.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 12, 1910, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover; for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*O. M. Reilly* for appellant.

*Elisha B. Powell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ. Absent: GRAY, J.